LAW OFFICES OF BILL LATOUR
JESSICA WILLIAMS BRONNER [C.S.B.N. 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD CARTER, | ) | No.  EDCV 12-00317 JCG |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED FIFTY DOLLARS AND 00/100 ($2,350.00) subject to the terms of the stipulation.

    DATE:  January 15, 2013  _____

                       HON. JAY C. GANDHI
                       UNITED STATES MAGISTRATE JUDGE